CTJ-O

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2023 APR 11 PM 3:40

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARLON CURTIS ANTHONY<br>NORALEZ (01)<br>a/k/a "Geeski" | Case No. 4:23-CR-044-O<br>[Supersedes Indictment Returned on February 15, 2023,<br>as to defendant Marlon Noralez only.] |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before May 2022, and continuing until in and around October 2022, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Marlon Curtis Anthony Noralez**, also known as Geeski, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 40 grams or more of mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

## Forfeiture Notice
(21 U.S.C. § 853)

Pursuant to 21 U.S.C. § 853(a), upon conviction of Count One, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of Count One, and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of Count One.

The government may seek a forfeiture money judgment.

The government may seek forfeiture of substitute property as allowed by 21 U.S.C. § 853(p).

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Email: Shawn.Smith2@usdoj.gov